CHARLES J. JOHNSON, APPELLEE, V. WILLIAM G. MERTEN;
UNITED SURETY COMPANY OF BALTIMORE, APPELLANT.

FILED JANUARY 30, 1914.    No. 17,368.

Rulings in *Cortright Metal Roofing Co. v. Merten, ante,* p. 164, followed.

APPEAL from the district court for Lancaster county:
ALBERT J. CORNISH, JUDGE. *Affirmed.*

*Francis A. Brogan,* for appellant.

*S. L. Geisthardt, contra.*

ROSE, J.

This is an action on the bond of a public contractor who
had agreed for the consideration of $77,872 to construct
for the state of Nebraska at the asylum for the insane at
Norfolk a new fireproof wing, a cottage, and a nonfire-
proof storehouse. William G. Merten was the contractor.
According to specific terms of the building contract, it
obligated the contractor, under the penalty expressed in
a bond thereto attached, "to furnish all labor, materials,
machinery, appliances or things necessary to construct,
equip and fully build, and complete ready for use," the
buildings mentioned. The improvements were to conform
to plans and specifications attached to and made a part
of the building contract. In the penal sum of $25,000,
with the state of Nebraska named as obligee, the bond
on which the action is based, if enforceable, required the
contractor as principal and the United Surety Company
of Baltimore as surety to faithfully perform the obliga-
tions imposed upon the contractor by the building con-
tract. Plaintiff furnished materials for the buildings and
the contractor violated his agreement to pay for them.
This is a suit on the bond for the price of the materials
so furnished. Two defenses were interposed: (1) The
bond was never mutually executed by the state and the
surety. (2) Plaintiff was not entitled to the protection of

the bond.    Upon a trial of the issues in the district court, without the intervention of a jury, plaintiff recovered a judgment for the full amount of his claim, amounting to $3,803.97, April 26, 1911.

For the reasons stated in *Cortright · Metal Roofing Co. v. Merten, ante,* p. 164, the judgment of the district court is

AFFIRMED.